

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| LANA G. CLAGG,<br>   Plaintiff,<br>vs.<br>COCA-COLA REFRESHMENTS USA, INC.<br>D/B/A GREAT PLAINS COCA-COLA<br>BOTTLING COMPANY; AND WAL-MART<br>STORES EAST, LP,<br>   Defendants. | )<br>)<br>)  Case No.<br>)  CJ-2018-1549<br>)<br>)<br>)<br>) |

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY
**FILED**
NOV 3 0 2018
In the office of the
Court Clerk MARILYN WILLIAMS

## PETITION

Plaintiff, for Petition against Defendants, states:

(1) On 04/29/2017, Plaintiff went to the Walmart Neighborhood Market, 3571 West Rock Creek Road, Norman, Oklahoma. Plaintiff was shopping when Plaintiff's husband reached for a bottle of Coca-Cola on the shelf. While reaching for the Coca-Cola, the shelf and the contents on the shelf fell on the Plaintiff.

(2) Due to Defendants' negligence in failing to safely stock the shelf, installing the shelf, maintaining the shelf, and otherwise failing to keep the shelf in a reasonably safe condition, Plaintiff was injured and incurred and will incur medical bills; suffered and will suffer pain, and suffered permanent disability and disfigurement.

**WHEREFORE**, Plaintiff prays judgment against Defendants, in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, plus costs, fees and all other appropriate relief.

_____
REX TRAVIS, OBA #9081
GREG MILSTEAD, OBA #20782
info@travislawoffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
Attorneys for Plaintiffs

**ATTORNEY'S LIEN CLAIMED**

EXHIBIT 2